UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                15-cr-379 (PKC)

    -against-

                                                ORDER

JUAN ORLANDO HERNANDEZ, et al.

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has reviewed the classified submission of the government dated November 8, 2023 in response to the Court's Order of November 6, 2023, as well as the government's motion pursuant to section 6(a) of CIPA submitted on November 10, 2023. Cleared counsel for defendant Hernandez shall respond to these submissions by November 27, 2023. The Court will conduct an in camera hearing pursuant to section 6(a) during the week of November 27 at a date, time and place to be set by the Court.

        SO ORDERED.

                                                P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
        November 15, 2023