UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            15-cr-379 (PKC)

      -against-

                                                            ORDER

JUAN ORLANDO HERNANDEZ, et al.

                Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The classified hearing scheduled for November 30, 2023 is adjourned to December 11, 2023 at a place and time to be disclosed to cleared counsel.

        SO ORDERED.

                                                         *P. Kevin Castel (signature)*
                                                         P. Kevin Castel
                                                     United States District Judge

Dated:  New York, New York
            November 27, 2023