UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                15-cr-379 (PKC)

              -against-

                                                                ORDER

JUAN ORLANDO HERNANDEZ, et al.

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

              The Court has received cleared defense counsel's letter dated November 29, 2023,
seeking an extension of her deadline to respond to the Government's CIPA section 6 notice.
(ECF 637.)

              The Court originally ordered defendant to respond to the Government's section 6
notice by November 27, 2023, and scheduled a classified hearing to take place later that week.
(ECF 632.)  Upon cleared defense counsel's application, the Court granted a one-week extension
of defendant's deadline to respond to December 4, 2023.  (ECF 634.)  The Court also adjourned
the classified hearing to December 11, 2023.  (ECF 636.)

              Defense counsel's application for a further extension of the deadline to file her
response is DENIED without prejudice insofar as defense counsel may move to supplement her
response after this date, following further conversations with the defendant.

              Defendant shall respond to the Government's section 6 notice by December 4,
2023.  The date for the classified hearing remains December 11, 2023.

              SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        November 30, 2023