UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                 15-cr-379-03 (PKC)

        -against-

MARIO JOSE CALIX HERNANDEZ,

                                                                              <u>ORDER</u>

        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Richard Rosenberg of the CJA panel is appointed to represent Mario Jose Calix Hernandez for all purposes. Arraignment is scheduled on October 2, 2024 at 3:30 p.m. in Courtroom 11D. Speedy trial time is excluded from September 18, 2024 to October 2, 2024.

        SO ORDERED.

                                                                         P. Kevin Castel
                                                                  United States District Judge

Dated: New York, New York
       September 9, 2024

cc: Arthur Womble, Esq. - womble@brooklynattorney.nyc