# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

September 12, 2024

Hon. P. Kevin Castel  
United States District Court  
U.S. Courthouse  
500 Pearl Street  
New York, New York 10007

Re: United States v. Mario Jose Caliz-Hernandez  
S3 15 Cr. 379 (PKC)

Dear Judge Castel:

On September 9, 2024 I was appointed, pursuant to the Crimnal Justice Act, to represent the above-referenced defendant for all purposes after having appeared for him for presentment only in Magistrate Court on September 5, 2024. On September 12, 2024 attorney Bonnie Klapper, Esq. advised me that she had been retained to represent Mr. Calix and filed a Notice of Appearance with this court.

Accordingly, I respectfully request to be relieved from further representation of defendant Calix.

Respectfully submitted,

Richard H. Rosenberg

---

In view of the Notice of Appearance of Ms. Klapper (ECF 833), Mr. Rosenberg's application to be terminated as counsel for defendant Caliz-Hernandez is GRANTED. Ms. Klapper shall appear at the October 2 arraignment and at all subsequent scheduled appearances thi this case.  
SO ORDERED  
Dated: 9/17/2024

P. Kevin Castel  
United States District Judge