UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

S3 15 CR 379 (PKC)

-against-

ORDER

MARIO CALIX,

Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for September 9, 2026 is adjourned until September 23, 2026 at 9:00 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of continuance is needed to permit the parties to continue to discuss a potential pretrial resolution and any potential cooperation. Accordingly, the time between today and September 23, 2026 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 20, 2026