UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

S3 15 CR 379 (PKC)

-against-

ORDER

MARIO CALIX,

Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for October 27, 2026 is adjourned until November 10, 2026 at 2:30 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of continuance is needed to permit the parties to continue to discuss a potential pretrial resolution. Accordingly, the time between today and November 10, 2026 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 21, 2026